**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAUSILA DAHAL CHAUHAN, ) </br> ) </br> *Petitioner*, ) </br> ) </br> ) </br> v. ) </br> ) </br> ) </br> ANTONY BLINKEN, in his capacity as the ) </br> Secretary of the Unites States Department of ) </br> State, MERRICK GARLAND, in his capacity ) </br> as Attorney General of the United States, ) </br> ALEJANDRO MAYORKAS, in his capacity as ) </br> Secretary of the United States ) </br> Department of Homeland Security, ) </br> UR MENDOZA JADDOU, in her capacity as ) </br> Director of the United States Citizenship ) </br> and Immigration Services, CHRISTOPHER ) </br> WRAY, in his capacity as Directory of the ) </br> Federal Bureau of Investigations, RICHARD ) </br> C. VISEK, in his capacity as Acting Legal ) </br> Adviser of the United States Department of ) </br> State, MANUEL P. MICALLER, JR., in his ) </br> capacity as Deputy Chief of Mission, United ) </br> States Embassy in Nepal. ) </br> ) </br> *Respondents*. ) </br> ) | **STIPULATION AND ORDER** </br></br> Case No. 1:21-cv-1063 </br> (LEK/CFH) |

   WHEREAS, Petitioner filed this action seeking, among other things, a writ in the nature of mandamus requiring Respondents and/or their agents to process a visa application for her father, Bhoj Raj Dahal, and mother, Sumitra Dahal, to a conclusion;

   WHEREAS, on or about January 25, 2022, United States Department of State issued a visa for Bhoj Raj Dahal;

WHEREAS, on or about January 25, 2022, the United States Department of State issued a visa for Sumitra Dahal;

WHEREAS, no party hereto is an infant or incompetent person;

WHEREAS, the parties seek to resolve this action without additional litigation, without the admission of liability by either party, and with Petitioner and Respondents each bearing their own attorney's fees and costs;

IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows: Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii) that this action is discontinued without prejudice to any of· Plaintiffs rights or remedies, including, without limitation, their right to reopen, re-file, or otherwise reinstate this action, and that each party should bear their own costs.

| | |
|---|---|
| Los Angeles, CA<br>January 25, 2022 | Albany, NY<br>January 25, 2022 |
| GOLDSTEIN IMMIGRATION LAWYERS<br>Attorney for Petitioner | CARLA B. FREEDMAN<br>United States Attorney<br>Northern District of New York<br>Attorney for Defendants |
| *S/ Joshua L. Goldstein*<br>Joshua L. Goldstein<br>453 S. Spring St., #1021<br>Los Angeles, CA 90013 | C. Harris Dague<br>Assistant United States Attorney<br>James T. Foley U.S. Courthouse<br>445 Broadway, Rm 218<br>Albany, NY 12207 |

SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

January 25, 2022                                                    2